# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0809. GIBSON v. GIBSON.**

Following entry of the final judgment and decree of divorce in this matter, we granted husband Tyrese Gibson's application for discretionary appeal. We have now reviewed the appellate record and have determined that it is incomplete. In particular, the final judgment states that the child support worksheet ("CSW") used to calculate husband's child support obligation is attached to the judgment, as required by OCGA § 19-5-12 (c). The copy of the judgment appearing in the record, however, does not have a CSW attached.

The record contains several worksheets submitted by the parties, including a CSW submitted by wife and filed the day after the trial court entered its final judgment. But we are unable determine which CSW was intended to be incorporated in the judgment. And without the CSW, we cannot properly review husband's challenge to the child support award, which is a key issue on appeal. Accordingly, we hereby **REMAND** this case to the trial court for completion of the record to include (and clearly identify) the CSW that the trial court attached to its final judgment. Upon completion of the record, the trial court clerk is **DIRECTED** to re-transmit the appeal to this Court for re-docketing. Husband need not file a new notice of appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___06/03/2024___

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*